JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHA VISCONTI,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN VISCONTI,<br><br>        Defendant. | Case No. CV 16-7726 FMO (MRWx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of November, 2016.

/s/
Fernando M. Olguin
United States District Judge